In the Matter of the Claim of John Racquet, Respondent, against H. R. Moch and Another, Appellants. State Industrial Board, Respondent.— Appeal by employer and insurance carrier from an award for permanent partial

disability. The sole question is that of causal relation between the accident and the disability. Such relation was established by the direct testimony of the Commission's physician. Award unanimously affirmed, with costs to the Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.